| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 21 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

TAUNO WAIDLA,

        Petitioner-Appellee,

 v.

RONALD DAVIS, Warden,

        Respondent-Appellant.

No. 18-99001

D.C. No. 2:01-cv-00650-AG
Central District of California,
Los Angeles

ORDER

TAUNO WAIDLA,

        Petitioner-Appellant,

 v.

RONALD DAVIS, Warden,

        Respondent-Appellee.

No. 18-99002

D.C. No. 2:01-cv-00650-AG

Before: WARDLAW, CHRISTEN, and MILLER, Circuit Judges.

In light of the fact that Judge Morgan Christen has replaced Judge Paul Watford on the three-judge panel, the court has agreed to schedule additional argument on Thursday, January 25, 2024, at 10:00 a.m. at the Richard H. Chambers Courthouse in Pasadena, California.

**IT IS SO ORDERED.**